1  LAURA GEIST (SBN 180826)
   laura.geist@dentons.com
2  ANDREW S. AZARMI (SBN 241407)
   andrew.azarmi@dentons.com
3  DENTONS US LLP
   525 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:    415.882.5000
5  Facsimile:    415.882.0300

6  Attorneys for Defendants New York Life
   Insurance Company and New York Life Insurance
7  and Annuity Corporation

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

13

14 NICK V. LUJAN, JAMES A. CHARLES, and      Case No. 4:16-cv-00913-JSW
   BARBARA C. WRIGHT, individually and on
   behalf of all others similarly situated,
15
              Plaintiffs,
16                                            **STIPULATION TO SET BRIEFING
       v.                                     SCHEDULE FOR MOTION TO DISMISS
17                                            COMPLAINT   (L.R. 6-1(b), 6-2)**
   NEW YORK LIFE INSURANCE                    AND ORDER THEREON
18 COMPANY a New York corporation, and
   NEW YORK LIFE INSURANCE AND
19 ANNUITY CORPORATION, a Delaware
   corporation,
20
              Defendants.
21

22

23

24

25

26

27

28

DENTONS US LLP
USW 805424321.1

Case No. 4:16-cv-00913-JSW
STIPULATION TO SET BRIEFING SCHEDULE

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiffs Nick V. Lujan, James A. Charles, and Barbara C. Wright (collectively, "Plaintiffs") and Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation (collectively, "Defendants") hereby respectfully stipulate and jointly request that the Court modify the briefing schedule as to Defendants' planned motion to dismiss the Complaint filed by Plaintiffs.

## RECITALS

1. Plaintiffs' Complaint was originally filed in the Superior Court for the State of California for the County of Contra Costa, but was removed to this Court on February 24, 2016. Dkt. 1.

2. Defendants intend to move to dismiss Plaintiffs' Complaint under Rule 12 of the Federal Rules of Civil Procedure. Defendants' response to the Complaint would otherwise be due on March 2, 2016. Given the complexity of the issues raised by the Complaint and to be addressed in Defendants' anticipated motion to dismiss, the parties agree that the below schedule for briefing and hearing on the motion is warranted.

3. There have not been any previous time modifications in the case.

4. This requested time modification does not impact on any other aspects of the schedule for the case, or any dates set by the Court.

5. Pursuant to the foregoing, Plaintiffs and Defendants hereby stipulate and agree to the following modification and request the Court's approval of their stipulation to the proposed briefing schedule as follows:

| Event | Previous Date | Stipulated/Requested New Date |
|---|---|---|
| Last day for Defendants to file a motion to dismiss the Complaint | 3/2/16 | 3/22/16 |
| Last day for Plaintiffs to file an opposition | n/a | 4/05/16 |
| Last day for Defendants to file a reply | n/a | 4/15/16 |
| Hearing on Defendants' motion to dismiss the Complaint | n/a | 4/29/16 |

| | | |
|---|---|---|
| 1 | DATED: February 26, 2016 | DENTONS US LLP |
| 2 | | |
| 3 | | By: _____/s/ Andrew S. Azarmi_____ |
| 4 | | Laura Leigh Geist |
| 5 | | Andrew S. Azarmi |
| 6 | | Attorneys for Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation |
| 7 | | |
| 8 | DATED: February 26, 2016 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP |
| 10 | | |
| 11 | | By: _____/s/ Robert M. Bramson_____ |
| 12 | | Robert M. Bramson |
| | | Attorneys for Plaintiffs Nick V. Lujan, James A. Charles, and Barbara C. Wright |

**CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~February~~ March 1 ___, 2016

_/s/ Jeffrey S. White_
Honorable Jeffrey S. White
United States District Judge